IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dorothy Austin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  10 C 1665 |
| | ) | |
| GC Services Limited Partnership, a | ) | Judge Der-Yeghiayan |
| Delaware limited partnership, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Dorothy Austin, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 23, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____     ENTERED:


_____
Judge Samuel Der-Yeghiayan,
United States District Court

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter                            tstelter@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com